IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00585-AP

KEVIN H. JANKOVSKY,

    Plaintiff,

v.

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    James P. Guthro
    Killian, Guthro & Jensen
    225 N. 5th Street, 10th Floor
    Grand Junction, CO 81501
    (970) 241-0707
    (970) 242-8375

    For Defendant:
    Teresa H. Abbott
    Special Assistant United States Attorney

    *Mailing Address:*
    *1961 Stout Street, Suite 1001A*
    *Denver, Colorado 80294*

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:**     March 30, 2006

    **B.     Date Complaint Was Served on U.S. Attorney's Office:**     April 3, 2006

    **C.     Date Answer and Administrative Record Were Filed**:     June 30, 2006

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Defendant states that the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff and Defendant state that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff and Defendant state that this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:**     August 31, 2006

    **B.     Defendant's Response Brief Due:**     October 2, 2006

    **C.     Plaintiff's Reply Brief (If Any) Due:**     November 30, 2006

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**     **Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**     **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**     **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 15th  day of August, 2006

                                      BY THE COURT:

                                      **<u>John L. Kane</u>**
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ James P. Guthro<br>James P. Guthro<br>Killian, Guthro & Jensen, P.C.<br>225 N. 5th Street, 10th Floor<br>Grand Junction, CO 81501<br>(970) 241-0707<br>jim@killianlaw.com<br><br>Attorney for Plaintiff | TROY A. EID<br>UNITED STATES ATTORNEY<br><br>s/Kurt J. Bohn<br>KURT J. BOHN<br><br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/Teresa H. Abbott<br>By: Teresa H. Abbott<br>Special Assistant U.S. Attorney<br>teresa.abbott@ssa.gov<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br><br>Attorneys for Defendant |