IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-00585-RPM

KEVIN JANKOVSKY,

               Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

               Defendant.

_____

ORDER AFFIRMING DECISION
_____

This is a judicial review under 42 U.S.C. § 405(g) of the denial of Kevin J.

Jankovsky's application for Social Security Disability benefits based on the July 12,

2005, decision of an Administrative Law Judge ("ALJ") that the claimant had the

residual capacity to perform past relevant work as a golf course greens keeper and a

landscape laborer.  The plaintiff claims that the ALJ unreasonably disregarded the

opinons of Dr. Gerd C. Leopoldt, M.D., a psychiatrist who has provided treatment to Mr.

Jankovsky for depression and severe anxiety disorder since 1996.

In particular, Dr. Leopoldt completed a Mental Impairment Questionnaire on

February 19, 2004, opining that these conditions have impaired the claimant's ability to

maintain substantial gainful employment to such an extent that the Listings

requirements of Section 12.04 (affective disorders) and 12.06 (anxiety disorders) were

met which would direct the finding of disability at Step 3 of the sequential analysis.  Dr.

Leopoldt's treatment notes are in the Administrative Record and are discussed by the ALJ in his written decision.  They were also reviewed by Dr. Richard Garnand, M.D., a medical consultant and the record also reflects a consultative psychological examination report of Shanley Mangeot, Psy.D., in January, 2004.

The ALJ conducted a hearing in Grand Junction, Colorado, on May 3, 2005, at which the claimant appeared with his present counsel.  In addition to the testimony of Mr. Jankovsky, the ALJ heard the testimony of Dr. Robert Pelc, M.D., a medical expert in psychiatry, based on his review of the medical records.  Dr. Pelc was cross-examined by the claimant's counsel.

In disagreeing with the degree of limitations expressed by Dr. Leopoldt in the Mental Impairment Questionnaire (R.114-119), the ALJ extensively discussed his reasons and his reliance on the views of the other experts.

The ALJ also discussed the testimony of the claimant, given at the hearing, his answers on his Daily Activities Questionnaire on September 26, 2003, and his statements to Dr. Leopoldt in the course of treatment.  The ALJ gave particular notice to the fact that the claimant's disorders were being treated long before the claimed onset date of June 28, 2002, and that he had been able to sustain employment with medication.  The ALJ also found that the plaintiff's reported symptoms waxed and waned and that there were times when Mr. Jankovsky was not compliant with the taking of prescribed medications and had used non-prescription substitutes.

From a review of the record, the ALJ has adequately explained the reasons for his disagreement with Dr. Leopoldt's opinions and the claimant's testimony and there is

substantial evidence to support those reasons.  According, it is

ORDERED that the decision denying disability benefits is affirmed and this civil

action dismissed.

DATED: April 12th, 2007

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge